■ In the Matter of DEREK R. BROWNLEE, ESQ., Attorney for the Child, on Behalf of CAILYN G., Respondent, v CARL A.

GUTZMER, Appellant. [930 NYS2d 526]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.